FILED
November 16, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003078960

Total pages: 2

JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Ste. 101
Fresno, California 93720
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In the Matter of

SUSAN ANGUIANO,

Debtor(s).

Case No. 10-61174-A-7

DC No. JES-2

**TRUSTEE'S MOTION TO SELL PROPERTY OUT OF THE ORDINARY COURSE OF BUSINESS AT PUBLIC AUCTION**

Date: December 16, 2010
Time: 9:00 a.m.
Dept: Dept. A

TO THE HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY JUDGE:

James Salven respectfully represents:

1. He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on 9/28/2010.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A),(N). This motion is brought pursuant to 11 U.S.C. §363.

4. The assets of this estate are described as: **2008 Toyota Corolla, bearing VIN 1NXBR32E48Z954632.**

5. Trustee wishes to sell the subject assets so that the proceeds can benefit the estate. The Trustee has elected to sell the assets by means of public auction to be held on or after December 16, 2010, at Baird Auctions and Appraisals located at 1328 North Sierra Vista, Suite B in Fresno, California.

6. Trustee has filed an application for authority to employ said auctioneer.

7. Auctioneer routinely holds regularly scheduled, and advertised, auctions on Tuesday nights. Estate will retain the right to approve sales price and, if not deemed sufficient, will withdraw the item and place in a subsequent sale.

8. Trustee believes that such auction is in the best interest of the creditors.

9. The property to be sold constitutes a portion of the personal property in possession of the debtor(s) at the time the case was filed and is not subject to available exemption.

**WHEREFORE**, the trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described assets at public auction.

DATED: 11/15/10

JAMES E. SALVEN,
Movant

-2-